

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00438-CV

IN THE INTEREST OF L.B.F., A
CHILD

----------

FROM THE 233RD DISTRICT COURT OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Notice of Mediated Settlement Agreement and Agreed Motion to Remand For Entry."

The motion is **GRANTED**. We set aside without regard to the merits the trial court's judgment and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P.

---

[1]*See* Tex. R. App. P. 47.4.

42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W. 2d 387, 388 (Tex. 1995).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: March 27, 2014